■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARY ANN SIMPKINS, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Santagata, J.), rendered March 4, 1983, convicting her of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The defendant's motion to suppress was properly denied for reasons stated by Judge Santagata *(see also, People v McRay,* 51 NY2d 594). Mangano, J. P., Niehoff, Lawrence and Kunzeman, JJ., concur.